UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Bank of America, NA | § | |
| VS. | § | CIVIL ACTION NO. C-06-396 |
| David C. Johnson | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Notice of Removal", however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed. (LR11.3)

2. ____ Pleading is not in compliance with LR11.3.A (1) thru (6).

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re: conference w/opposing counsel (LR7.1.D)

6. ____ Separate proposed order not attached (LR7.1.C)

7. ____ Motion to consolidate is not in compliance with (LR7.6)

8. _X_ Other: No docket sheet provided (LR81.4) No Index of Matters being Filed (LR81.5)
   No list of all counsel of record (LR81.6)

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __9-15-06__
(Re: D.E. # 1)/dt

_____
JUDGE PRESIDING